# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

**American Motorists Insurance Co**

**V.**

**Commercial Money Center, Inc; Commercial Servicing Corporation; Sterling Wayne Pirtle; Anita Pirtle; Anthony and Morgan Surety Insurance Services, Inc**

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:    02CV0218-BTM(MDD)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Case is Dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

| December 8, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ E Silvas
(By) Deputy Clerk
ENTERED ON December 8, 2011

[Case Number]